## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:  YASMIN AND YAZ** | ) | **3:09-md-02100-DRH-PMF** |
| **(DROSPIRENONE) MARKETING, SALES** | ) | |
| **PRACTICES AND PRODUCTS LIABILITY** | ) | **MDL No. 2100** |
| **LITIGATION** | ) | |

**This Document Relates To:**

> *Linda Compton, et al v. Bayer HealthCare*     No. 11-cv-13044-DRH
> *Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 6, 2013 (Doc. 13) and March 13, 2014 (Doc. 14), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **NANCY J. ROSENSTENGEL,**
> **CLERK OF COURT**
>
> **BY:** __/s/*Sara Jennings*_____
>      **Deputy Clerk**

**Dated:**  March 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.17
14:42:06 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**